IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS JOVANNI ESCOBAR,           §
    Defendant

                          §

vs.                               §     Case number:  02-cr-393924 76

                          §

UNITED STATES OF AMERICA,         §
    Respondent

                          §

---

MOTION FOR REDUCTION OF SENTENCE BASED ON GUIDELINE AMENDMENT EFFECTIVE
MARCH 03, 2008   CONCERNING TWO-LEVEL REDUCTION IN BASE OFFENSE LEVEL
FOR COCAINE BASE

---

BEFORE THIS COURT appears <u>Carlos Jovanni Escobar</u> (hereinafter refered to as "Jovanni"), through pro se representation, and respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3582(c)(2) and 1B1.10 of the Sentencing Guidelines, to reduce his sentence based upon the amendment to 2D1.1 of the Sentencing Guidelines which became effective March 03, 2008 concerning crack cocaine (cocaine base) offenses. In support thereof, Jovanni states as follows:

On December 05, 2003, this Court imposed a 151 sentence as to Jovanni for the offense of conspiracy to distribute five or more kilograms of cocaine, fifty or more grams of crack and/or one or more kilograms of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 846.  The sentence was founded on an offense level adjustment for crack cocaine, pursuant to U.S.S.G. § 2D1.1, level 32 and a Criminal History category of II which resulted in a guideline range of 135 to 168 months.  The Court imposed a sentence in the middle of the guideline range: 151 months imprisonment, to be followed by 5-years of supervised release.

-1-

A.  Amendment 706 to Section 2D1.1 of U.S. Sentencing Guidelines.

According to the Sentencing Commission's amendment to the Guidelines, 5 grams of cocaine base are assigned a base offense level 66 24 (51 to 63 months at Criminal History Category of I,  which includes the five year statutory minimum 66r such offenses).  Conversely, 50 grams of cocaine base are assigned a base offense level of 30 (97 to 121 months at Criminal History Category I, which includes the ten-year statutory minimum for such offenses).  Before Amendment 706 came into effect, the base offense levels for 5 grams and 50 grams of cocaine base were levels 26 and 32 respectively.  Cocaine base offenses for quantities above and below the mandatory minimum threshold quantities are also adjusted downward by two levels.

The Sentencing Commission, after amending the guidelines, held further hearings on the equitable issues involved in the application of the amended guideline ranges and concluded, on December 11, 2007, that this guideilne amendment is so significant that it must be given retroactive effect under the congressional authorization of 18 U.S.C. § 3582(c).  Thus, U.S.S.G. § 1B1.10 was also amended by the Sentencing Commission to expressly make Amendment  706 retroactively applicable to previously-sentenced defendant's such as Jovanni.

The newly-amended U.S.S.G. § 1B1.10(a)(1) provides, in pertinent part, that where:

> ...a defendant is serving a term of imprisonment, and the guideline
> range applicable to that defendant has subsequently been lowered as a result
> of an amendment to the Guidelines Manual listed in subsection (c) below,
> a reduction in the defendant's term of imprisonment is authorized under
> U.S.C. § 3582(c).

As approved by the Sentencing Commission on December 11, 2007, U.S.S.G. § 1B1.10 specifically lists Amendment 706 as included for such retroactive treatment.

The most recent changes to the § 1B1.10 became effective on March 03, 2008.   The Commission further stated in the amendment that as to sentences imposed in the mandatory guideilne era (also known as the pre-Booker period), the Court should modify the guideline range to reflect the amended guideilne.   U.S.S.G. § 1B1.10(b) (2)(A) (2008 amendment).

B.   The Court's Authority to Reduce Jovanni's Sentence.

Under 18 U.S.C. § 3582(c)(2), the Court has the descretion to reduce a defendant's sentence "based on a sentencing range that has subsequently been lowered by the Sentencing Commission."   This Court should excersise that discretion in this case. Section 3582(c)(2) permits a modification of sentence for a defendant, such as Jovanni, "who has been sentenced to a term of imprisonment based on a sentencing range that has subsequnetly been lowered by the Sentencing Commission.   The statute instructs that a sentencing court "may reduce the term of imprisonment, after considering the factor set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission".

C.   Jovanni's Rehabilitative Goals.

Jovanni submits that his conduct susequent to his commission of the offense is consistent with the rehabilitative goals of the sentencing guidelines.   He has made the most of the last 48-months of his incarceration.   Specifically, Jovanni has participated in the Bureau of Prison's (BOP's)  English Second Language Program (ESL) and GED program.   Jovanni has also taken advantage of the BOP's  employment and career seeking classes. The list of his course work is as follows:  Learning on the Job Training, Workplace Safety, Your Employer's Expectations, Introduction

-3-

to Resumes, Exploring Interview Process, Job Application Process, Assessing Your
Employability, and Making and Researching Careers. In addition to his job skill
courses, Jovanni also particiapted in the BOP's Health Awareness programs and
in several recreational programs. He was also an active participant of Narcotics
Anonymous (NA). See Edcuational Transcript attached herein. Participation in
the BOP programs were not a requirement of the Court or the BOP. Jovanni, however,
felt that participation in these programs would be beneficial to him in the future.


D. Relief Sought by Jovanni.

The amended guideline was made retroactive for the purposes of granting relief
in cases like this in which Jovanni's offense fo conviction was enhanced on the
now-superseded cocaine guidelines. At the time of sentencing Jovanni had an
original total offense level of 32 and a criminal history category of II, which
resulted in a guideline range of 135 to 168 months incarceration. Jovanni was
sentenced at the middle of the guideline range to 151 months. Under the amended
guidelines a two level reduction from offense level 32 would result in an amended
offense level of 30 which, would yield Jovanni a guideline range of 108 to 135
months.


WHEREFORE, Jovanni respectfully requests the relief sought in this motion
be granted and any other relief this Court may deem just and proper.


Respectfully submitted,


Carlos Escobar

Carlos Jovanni Escobar, Pro se
FCI No. 23589-069
P.O. Box 52020
Bennettsville, SC  29512-5220

C E R T I F I C A T E   O F   S E R V I C E

I, <u>Carlos Jovanni Escobar</u>,  do hereby certify that a true and correct copy of this herein motion has been served to the U.S. Attorney's Office at:

Office of the U.S. Attorney
350 Carlos Chardon Ave.
Suite 1201 Torre Chardon
San Juan, PR  00918

by hand delivering same to prison officials, with sufficient U.S. Postage, at FCI Bennettsville, South Carolina, on this the <u>28 4h</u> day of <u>May</u> ,2008.

Carlos Escobar
Carlos Jovanni Escobar

-5-

```
   BEN50          *         INMATE EDUCATION DATA        *      05-22-2008
   PAGE 001 OF 001 *             TRANSCRIPT              *      12:01:19

   REGISTER NO: 23589-069      NAME..: ESCOBAR-FIGUEROA        FUNC: PRT
   FORMAT.....: TRANSCRIPT      RSP OF: BEN-BENNETTSVILLE FCI

   ------------------------- EDUCATION INFORMATION -----------------------------
   FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
   BEN  ESL NEED   ESL NEED-SHOULD BE/IS ENROLLED 03-26-2004 1003 CURRENT
   BEN  GED EN     ENROLL GED NON-PROMOTABLE     03-26-2004 1003 CURRENT
   BEN  GED SAT    GED PROGRESS SATISFACTORY     11-14-2007 1227 CURRENT

   --------------------------- EDUCATION COURSES -------------------------------
   SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
   BEN         ESL3 9:00-10:30 WED, FRI     11-28-2005 CURRENT
   BEN         SGED 12:00-2:00 WED,FRI      07-13-2007 05-16-2008  P   W  V   146
   BEN         LEARNING ON THE JOB TRAINING 06-18-2007 06-18-2007  P   C  P     1
   BEN         WORKPLACE SAFETY             06-11-2007 06-11-2007  P   C  P     1
   BEN         YOUR EMPLOYER'S EXPECTATIONS 06-01-2007 06-01-2007  P   C  P     1
   BEN         INTRO TO RESUMES (PURPOSE OF)05-16-2007 05-16-2007  P   C  P     1
   BEN         EXPLORING INTERVIEW PROCESS  05-24-2007 05-24-2007  P   C  P     1
   BEN         SPANISH GUITAR CLASS         04-01-2007 05-24-2007  P   C  P    28
   BEN         THE JOB APPLICATION PROCESS  05-10-2007 05-10-2007  P   C  P     1
   BEN         ASSESSING YOUR EMPLOYABILITY 04-26-2007 04-26-2007  P   C  P     1
   BEN         MAKING & RESEARCHING CAREERS 04-20-2007 04-20-2007  P   C  P     1
   BEN         ANATOMY/PHYSIOLOGY CLASS     01-20-2007 03-18-2007  P   C  P    20
   BEN         CALLIGRAPHY MWF 6-8          08-26-2006 10-04-2006  P   C  P    12
   BEN         FCI SPANISH PARENTING        04-07-2006 05-10-2006  P   C  P    20
   BEN         FCI WALK/JOG PROGRAM         01-09-2006 01-10-2006  P   C  P    10
   BEN         BASIC DRAWING                06-16-2005 08-13-2005  P   C  P    24
   BEN         FCI WALK/JOG PROGRAM         07-30-2005 08-02-2005  P   C  P    10
   BEN         AEROBICS PHASE I             06-22-2005 07-11-2005  P   C  P    24
   COP         RPP6 NA GROUP                11-04-2004 11-10-2004  P   C  P    12
   COP         NARCOTICS ANONYMOUS #7 OPTION 05-18-2004 11-04-2004 P   C  P     6
   COP         AIDS AWARENESS COUNSELOR GROUP 09-01-2004 09-30-2004 P  C  P    10
   COP         ADVANCE BIKE SPIN            07-20-2004 09-15-2004  P   C  P     3

   --------------------------- HIGH TEST SCORES -------------------------------
   TEST     SUBTEST        SCORE     TEST DATE      TEST FACL  FORM      STATE
   CASAS    LIST CERT      221.0     04-14-2006     BEN        PASS
            LIST PLACE     225.0     02-09-2006     BEN        2
            READ CERT      223.0     04-14-2006     BEN        FAIL
            READ PLACE     215.0     03-09-2007     BEN        2
   SABE/2   MATH COMP      4.7       09-09-2005     COP
            MATH CONC      6.2       06-10-2003     GUA
            READ COMP      4.4       09-09-2005     COP
            VOCABULARY     6.1       06-10-2003     GUA




   G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

Carlos Jovanni Escobar
FCI No. 23589-069
Federal Correctional Institution
P.O. Box 52020
Bennettsville, South Carolina
29512-5220

L E G A L   M A I L

7007 0710 0003 5816 0854

CERTIFIED MAIL

U.S. District Court for the
District of Puerto Rico
Office of the Clerk of Court
Clemente Ruiz-Nazario Courthouse
150 Carlos Chardon Ave.
San Juan, Puerto Rico
00918-1767

